**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7248**

─────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

    versus

BILLY JAMES SIMS,

                                        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Dennis W. Shedd, District Judge. (CR-95-1067, CA-00-958-19)

─────────────

Submitted:  January 31, 2001        Decided:  March 6, 2001

─────────────

Before WILKINS, NIEMEYER, and WILLIAMS, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Billy James Sims, Appellant Pro Se.  Marvin Jennings Caughman, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Billy James Sims seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. In addition, as to Sims' claim under Apprendi v. New Jersey, 530 U.S. 466 (2000), assuming without deciding that it may be raised for the first time on appeal from the denial of a § 2255 motion, we find that the sentence imposed does not violate Sims' substantial rights. See U.S. Sentencing Guidelines Manual § 5G1.2(d) (1998). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Sims, Nos. CR-95-1067; CA-00-958-19 (D.S.C. Aug. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED